IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MIGUEL BOCOURT         : BKY. NO. 21-12420
                                                  : CHAPTER 13

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor Miguel Bocourt filed a Motion To Avoid Judicial Liens

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the motion, then on or before **August 10**, **2016** you or your attorney must do ALL of the following:

       (a) file an answer explaining your position at

         U.S. Bankruptcy Court
         Clerk's Office
         United States Courthouse
         900 Market Street
         Philadelphia, Pennsylvania 19107-4295

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

       (b)     mail a copy to the movant's attorney:

         Donald Williford, Esquire
         114 Radcliffe Street
         Bristol, PA 19007
         Phone No.: (215) 785-3241
         Fax No.: (215) 798-9659
         Don.williford@comcast.net

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on **April 9, 2024 at 10:30 A.M.**, in Courtroom #2 United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4295.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1 (b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.