**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MIGUEL BOCOURT              : BKY. NO. 21-12420
                                   : CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Donald Williford, Esquire, hereby certify that a copy of the attached Motion To Avoid Judicial Liens was mailed or sent via email on March 11, 2024 to the following:

Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Chapter 13 Trustee
Kenneth West, Esquire
1234 Market Street (SEPTA Building)
Suite 1813
Philadelphia, PA  19107

American Financial Services, Inc.
Dba GM Financial
P.O. Box 183853
Arlington, TX 76096

Credit Corp. Solutions, Inc.
501 Corporate Drive
Suite 205
Canonsburg, PA 15317

Respectfully submitted,

Date: 03/11/2024

*Don Williford*
Donald Williford, Esquire
Attorney I.D.  #50130
114 Radcliffe Street
Bristol, PA 19007
(215) 785-3241
don.williford@comcast.net