**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MIGUEL BOCOURT             : BKY. NO. 21-12420
                                  :  CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Donald Williford, Esquire, hereby certify that a copy of the foregoing Amended Chapter 13 Plan was sent via first class mail to creditors on matrix and emailed to the following:

Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Chapter 13 Trustee
Kenneth E. West, Esquire
1234 Market Street (SEPTA Building)
Suite 1813
Philadelphia, PA  19107

                                                 Respectfully submitted,

Date: 03/11/2043                  *Don Williford*
                                  Donald Williford, Esquire
                                  Attorney I.D.  #50130
                                  114 Radcliffe Street
                                  Bristol, PA 19007
                                  (215) 785-3241
                                  don.williford@comcast.net