**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MIGUEL BOCOURT  : BKY. NO. 21-12420
: CHAPTER 13

**CERTIFICATION OF NO RESPONSE**

I, Donald Williford, Esquire, counsel for Debtor Miguel Bocourt, hereby certify that no answer has been served or filed in response to Debtor's Motion to Avoid Judicial Liens. The proposed order is attached hereto.

Respectfully submitted,

Date: 04/03/2024

/s/ *Don Williford*
Donald Williford, Esquire
Attorney I.D. #50130
114 Radcliffe Street
Bristol, PA 19007
(215) 785-3241
don.williford@comcast.net