IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MIGUEL BOCOURT  : BKY. NO. 21-12420
: CHAPTER 13

### ORDER TO AVOID JUDICIAL LIENS

AND NOW, this 11th day of April 2024, upon consideration of Debtors' Motion to Avoid a Judicial Liens and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED, that:

1. The Motion is granted.

2. The property situate at 131 Elderberry Drive, Levittown, Bucks County, Pennsylvania is now free and clear of the following judgment liens

3. The judicial lien held by American Financial Services, Inc. DBA (GM Financial) against Debtor Miguel Bocourt and recorded on June 22, 2021 in the Judgment Index of Bucks County, Pennsylvania, pursuant to a Bucks County Court of Common Pleas Judgment in case No. 2021-03294 is hereby avoided and shall not survive Debtor's bankruptcy or affix to or remain enforceable against the aforementioned residence of the Debtor;

4. The judicial lien held by Credit Counseling Solutions, Inc. against Debtor Miguel Bocourt and recorded on June 17, 2020 in the Judgment Index of Bucks County, Pennsylvania, pursuant to a Bucks County Court of Common Pleas Judgment in case No. 2020-02635 is hereby avoided and shall not survive Debtor's bankruptcy or affix to or remain enforceable against the aforementioned residence of the Debtor;

BY THE COURT:

_Magdeline D. Coleman_
_____
J.