United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12420-mdc |
| Miguel Bocourt | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 12, 2024 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Miguel Bocourt, 131 Elderberry Dr, Levittown, PA 19054-2703 |
| nof | + | Peggy Diaz, 131 Elderberry Drive, Levittown, PA 19054-2703 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 13 2024 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 13 2024 00:12:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:

**Name**            **Email Address**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 12, 2024 | Form ID: pdf900 | Total Noticed: 5

DENISE ELIZABETH CARLON
    on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com

DONALD WILLIFORD
    on behalf of Debtor Miguel Bocourt don.williford@comcast.net
    donwilliford@comcast.net;g4082@notify.cincompass.com;williford.donb122278@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Colonial Savings F.A. ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MICHAEL JOHN CLARK
    on behalf of Creditor Colonial Savings F.A. mclark@squirelaw.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MIGUEL BOCOURT       : BKY. NO. 21-12420
                                          : CHAPTER 13

**ORDER TO AVOID JUDICIAL LIENS**

AND NOW, this  11th  day of  April  2024, upon consideration of Debtors' Motion to Avoid a Judicial Liens and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED, that:

1. The Motion is granted.

2. The property situate at 131 Elderberry Drive, Levittown, Bucks County, Pennsylvania is now free and clear of the following judgment liens

3. The judicial lien held by American Financial Services, Inc. DBA (GM Financial) against Debtor Miguel Bocourt and recorded on June 22, 2021 in the Judgment Index of Bucks County, Pennsylvania, pursuant to a Bucks County Court of Common Pleas Judgment in case No. 2021-03294 is hereby avoided and shall not survive Debtor's bankruptcy or affix to or remain enforceable against the aforementioned residence of the Debtor;

4. The judicial lien held by Credit Counseling Solutions, Inc. against Debtor Miguel Bocourt and recorded on June 17, 2020 in the Judgment Index of Bucks County, Pennsylvania, pursuant to a Bucks County Court of Common Pleas Judgment in case No. 2020-02635 is hereby avoided and shall not survive Debtor's bankruptcy or affix to or remain enforceable against the aforementioned residence of the Debtor;

BY THE COURT:

_Magdeline D. Coleman_
_____
                            J.