**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MIGUEL BOCOURT  : BKY. NO. 21-12420
: CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Donald Williford, Esquire, hereby certify that a copy of the foregoing Second Amended Chapter 13 Plan was mailed on April 23, 2024 via first class mail to creditors on matrix and emailed to the following:

Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Chapter 13 Trustee
Kenneth E. West, Esquire
1234 Market Street (SEPTA Building)
Suite 1813
Philadelphia, PA  19107

Respectfully submitted,

Date: 04/23/2024

*Don Williford*
Donald Williford, Esquire
Attorney I.D.  #50130
114 Radcliffe Street
Bristol, PA 19007
(215) 785-3241
don.williford@comcast.net