x
x

AmeriCredit Financial Services, Inc. dba GM Financial  
P. O. Box 183853  
Arlington, TX 76096  
(877) 203-5538  

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bky. No. 21-12420-pmm |
| Miguel Bocourt | Chapter 13 |
| Debtor(s) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Comes now, AmeriCredit Financial Services, Inc. dba GM Financial, a creditor in the above-captioned case, and files this Withdrawal of Proof of Claim for the claim filed in the above-styled and numbered case on December 9, 2021

Respectfully submitted,

/s/ Mandy Youngblood

AmeriCredit Financial Services, Inc. dba GM Financial  
P. O. Box 183853  
Arlington, TX 76096  
(877) 203-5538

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5/30/2024, a true and correct copy of the Notice of Withdrawal of Proof of Claim was electronically served using CM/ECF system, namely Kenneth E West, and DONALD WILLIFORD.

Further, I certify that on 5/30/2024, copies of the Notice of Withdrawal of Proof of Claim were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

/s/ Mandy Youngblood

Miguel Bocourt
131 ELDERBERRY DR
LEVITTOWN, PA  19054

DONALD WILLIFORD
114 RADCLIFFE ST
BRISTOL, PA  19007

Kenneth E West
Office of the Chapter 3 Standing Trustee
1234 Market Street Ste 1813
Philadelphia, PA 19107

US Trustee