**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MIGUEL BOCOURT  : BKY. NO. 21-12420
: CHAPTER 7

**CERTIFICATE OF SERVICE**

I, Donald Williford, Esquire, hereby certify that a copy of the foregoing Fifth Amended Chapter 13 Plan was sent via first class mail on August 20, 2024 to creditors on matrix and emailed to the following:

Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Chapter 13 Trustee
Kenneth E. West, Esquire
1234 Market Street (SEPTA Building)
Suite 1813
Philadelphia, PA  19107

Respectfully submitted,

Date: 07/09/2024

/s/ *Don Williford*
Donald Williford, Esquire
Attorney I.D.  #50130
114 Radcliffe Street
Bristol, PA 19007
(215) 785-3241
don.williford@comcast.net