**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MIGUEL BOCOURT        : BKY. NO. 21-12420
                                             : CHAPTER 7

**CERTIFICATE OF SERVICE**

      I, Donald Williford, Esquire, hereby certify that a copy of the foregoing Seventh Amended Chapter 13 Plan was sent via first class mail to creditors on matrix and emailed to the following:

Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Chapter 13 Trustee
Kenneth E. West, Esquire
1234 Market Street (SEPTA Building)
Suite 1813
Philadelphia, PA  19107

                                                            Respectfully submitted,

Date: 08/27/2024                                     /s/ *Don Williford*
                                                            Donald Williford, Esquire
                                                            Attorney I.D.  #50130
                                                            114 Radcliffe Street
                                                            Bristol, PA 19007
                                                           (215) 785-3241
                                                           don.williford@comcast.net