United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12420-pmm |
| Miguel Bocourt | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 26, 2024 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Miguel Bocourt, 131 Elderberry Dr, Levittown, PA 19054-2703 |
| 14845142 | + | Colonial Savings, F.A., C/O Mark A. Cronin, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14782052 | + | Colonial Savings, F.A., c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14633804 | | Credit Corp Solutions, Inc., 501 Corporate Dr Ste 205, Canonsburg, PA 15317-8584 |
| 14782976 | + | Robert H. Holber, Chapter 7 Trustee, 41. E. Front Street, Media, Pa 19063-2911 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14654788 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2024 00:20:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14633798 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2024 00:20:00 | Americredit Financial Services, 800 Cherry St, Fort Worth, TX 76102-6832 |
| 14633799 | | Email/Text: collectors@arresourcesinc.com | Sep 27 2024 00:20:00 | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 14633800 | | Email/Text: collectors@arresourcesinc.com | Sep 27 2024 00:20:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 14637882 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2024 00:20:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14633801 | | Email/Text: bankruptcydesk@colonialsavings.com | Sep 27 2024 00:20:00 | Colonial Savings & Loans, Attn Bankruptcy, PO Box 2988, Fort Worth, TX 76113-2988 |
| 14633802 | | Email/Text: bankruptcydesk@colonialsavings.com | Sep 27 2024 00:20:00 | Colonial Savings Fa, PO Box 2988, Fort Worth, TX 76113-2988 |
| 14794084 | + | Email/Text: bankruptcydesk@colonialsavings.com | Sep 27 2024 00:20:00 | Colonial Savings, F.A., 2626B West Freeway, Fort Worth, TX 76102-7109 |
| 14633803 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2024 00:21:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14633805 | | Email/Text: bknotice@ercbpo.com | Sep 27 2024 00:20:00 | Enhanced Recovery Co L, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14633806 | | Email/Text: bknotice@ercbpo.com | Sep 27 2024 00:20:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14648745 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:26:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14633807 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:44:33 | Portfolio Rc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14633808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:26:35 | Portfolio Recovery Associates, LLC, Attn: |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 155 | Total Noticed: 22 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14664626 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:54:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14633809 | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 27 2024 00:21:00 | Quest Diagnostic, PO Box 7306, Hollister, MO 65673-7306 |
| 14634129 | ^ MEBN | Sep 27 2024 00:00:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

**Name**    **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor Colonial Savings  F.A. bkgroup@kmllawgroup.com

DONALD WILLIFORD
   on behalf of Debtor Miguel Bocourt don.williford@comcast.net
   donwilliford@comcast.net;g4082@notify.cincompass.com;williford.donb122278@notify.bestcase.com

KENNETH E. WEST
   ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
   on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE
   on behalf of Creditor Colonial Savings  F.A. ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MICHAEL JOHN CLARK
   on behalf of Creditor Colonial Savings  F.A. mclark@squirelaw.com

ROBERT H. HOLBER
   on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Miguel Bocourt<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21−12420−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 26, 2024                                          For The Court

                                                                                      Patricia M. Mayer
                                                                                       Judge, United States Bankruptcy Court