| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **MIGUEL BOCOURT** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 21-12420-DJB |

## Official Form 410C13-N
# Trustee's Notice of Disbursements Made                    12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1: Mortgage Information

**Name of claim holder:** COLONIAL SAVINGS, F.A.

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 7 6

**Property Address:** 131 ELDERBERRY DRIVE
Number    Street

LEVITTOWN,                             PA    19054
City                                   State   ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 2,389.08 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 2,389.08 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 2,389.08 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

Trustee Signature: ✗ /s/ Kenneth E. West
Date: 01/16/2026

Trustee: Kenneth E. West

Address: 190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Contact phone: (215) 627-1377
Email: info@ph13trustee.com

| Debtor 1 | **MIGUEL BOCOURT** | | Case Number **21-12420-DJB** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 5 | COLONIAL SAVINGS, F.A. | Pre-Petition Arrears | 04/15/2025 | 4014426 | Disbursement To Creditor/Principal | 239.12 |
| 5 | COLONIAL SAVINGS, F.A. | Pre-Petition Arrears | 05/14/2025 | 4015315 | Disbursement To Creditor/Principal | 247.06 |
| 5 | COLONIAL SAVINGS, F.A. | Pre-Petition Arrears | 06/11/2025 | 4016182 | Disbursement To Creditor/Principal | 247.06 |
| 5 | COLONIAL SAVINGS, F.A. | Pre-Petition Arrears | 07/16/2025 | 4016990 | Disbursement To Creditor/Principal | 247.06 |
| 5 | COLONIAL SAVINGS, F.A. | Pre-Petition Arrears | 08/13/2025 | 4017857 | Disbursement To Creditor/Principal | 247.06 |
| 5 | COLONIAL SAVINGS, F.A. | Pre-Petition Arrears | 09/10/2025 | 4018695 | Disbursement To Creditor/Principal | 247.06 |
| 5 | COLONIAL SAVINGS, F.A. | Pre-Petition Arrears | 10/15/2025 | 4019537 | Disbursement To Creditor/Principal | 247.06 |
| 5 | COLONIAL SAVINGS, F.A. | Pre-Petition Arrears | 11/19/2025 | 4020436 | Disbursement To Creditor/Principal | 247.06 |
| 5 | COLONIAL SAVINGS, F.A. | Pre-Petition Arrears | 12/10/2025 | 4021347 | Disbursement To Creditor/Principal | 247.06 |
| 5 | COLONIAL SAVINGS, F.A. | Pre-Petition Arrears | 01/14/2026 | 4022092 | Disbursement To Creditor/Principal | 173.48 |
| | | | | | Total for Claim Number 5: | 2,389.08 |

**Total for Part 3 - b (Prepetition Arrears):** **2,389.08**