Certificate Number: 17572-PAE-DE-040522177

Bankruptcy Case Number: 21-12420



17572-PAE-DE-040522177

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 18, 2026</u>, at <u>6:44</u> o'clock <u>PM PST</u>, <u>Miguel Bocourt</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   January 18, 2026             By:    /s/Kelly Faulks

                                     Name:  Kelly Faulks

                                     Title: Counselor