United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-12420-djb
Miguel Bocourt  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 20, 2026 | Form ID: 138OBJ | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Miguel Bocourt, 131 Elderberry Dr, Levittown, PA 19054-2703 |
| 14845142 | + | Colonial Savings, F.A., C/O Mark A. Cronin, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14782052 | + | Colonial Savings, F.A., c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14633804 | | Credit Corp Solutions, Inc., 501 Corporate Dr Ste 205, Canonsburg, PA 15317-8584 |
| 14782976 | + | Robert H. Holber, Chapter 7 Trustee, 41. E. Front Street, Media, Pa 19063-2911 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jan 21 2026 04:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2026 04:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14654788 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 21 2026 04:31:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14633798 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 21 2026 04:31:00 | Americredit Financial Services, 800 Cherry St, Fort Worth, TX 76102-6832 |
| 14633799 | | Email/Text: collectors@arresourcesinc.com | Jan 21 2026 04:31:00 | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 14633800 | | Email/Text: collectors@arresourcesinc.com | Jan 21 2026 04:31:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 14637882 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 21 2026 04:31:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14633801 | | Email/Text: bankruptcydesk@colonialsavings.com | Jan 21 2026 04:31:00 | Colonial Savings & Loans, Attn Bankruptcy, PO Box 2988, Fort Worth, TX 76113-2988 |
| 14633802 | | Email/Text: bankruptcydesk@colonialsavings.com | Jan 21 2026 04:31:00 | Colonial Savings Fa, PO Box 2988, Fort Worth, TX 76113-2988 |
| 14794084 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jan 21 2026 04:31:00 | Colonial Savings, F.A., 2626B West Freeway, Fort Worth, TX 76102-7109 |
| 14633803 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 21 2026 04:31:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14648745 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:36:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14633807 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 04:36:34 | Portfolio Rc, 120 Corporate Blvd Ste 100, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: 138OBJ | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 14633808 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Norfolk, VA 23502-4952 |
| | | Jan 21 2026 04:36:38 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14664626 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 04:36:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14633809 | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 21 2026 04:31:00 | Quest Diagnostic, PO Box 7306, Hollister, MO 65673-7306 |
| 14634129 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 04:36:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14633805 | ## | Enhanced Recovery Co L, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14633806 | ## | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2026         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

**Name**          **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor Colonial Savings  F.A. bkgroup@kmllawgroup.com

DONALD WILLIFORD
   on behalf of Debtor Miguel Bocourt don.williford@comcast.net
   donwilliford@comcast.net;g4082@notify.cincompass.com;williford.donb122278@notify.bestcase.com

KENNETH E. WEST
   ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
   on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE
   on behalf of Creditor Colonial Savings  F.A. ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MICHAEL JOHN CLARK
   on behalf of Creditor Colonial Savings  F.A. mclark@pincuslaw.com, brausch@pincuslaw.com

ROBERT H. HOLBER
   on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 20, 2026 | Form ID: 138OBJ | Total Noticed: 22 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 168 − 165

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Miguel Bocourt  )  Case No. 21−12420−djb
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 20, 2026

For The Court

Mohung Wong
Clerk of Court